

# Fourth Court of Appeals
## San Antonio, Texas

March 3, 2020

No. 04-19-00844-CV

**IN THE INTEREST OF C.C.,**

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-18-53
The Honorable Selina Nava Mireles, Judge Presiding

# O R D E R

Appellant's motion for extension of time is GRANTED.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of March, 2020.

MICHAEL A. CRUZ,
Clerk of Court